BENJAMIN C. DURHAM
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: 2:15-CR-174 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION & [PROPOSED] ORDER** |
| ) | **TO MODIFY CONDITIONS OF RELEASE** |
| MARK JONES, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL COWHIG, Assistant United States Attorney, counsel for Plaintiff, and BENJAMIN C. DURHAM, counsel for Defendant, that Mr. Jones' conditions of release be modified as follows:

(20) *Travel restricted to Clark County, or as approved by pretrial services. (Remove State of Ohio)*

(22) *The defendant shall maintain residence with mother and brother, Mike Jones.*

DATED this 24th day of June, 2016.

| BENJAMIN DURHAM LAW FIRM | DANIEL G. BOGDEN |
| | United States Attorney |
| | |
| /s/ | /s/ |
| _____ | _____ |
| BENJAMIN DURHAM | DANIEL COWHIG |
| Nevada Bar No. 7684 | Assistant United States Attorney |
| 601 S. 10th St. | 501 Las Vegas Blvd South, Suite 1100 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89101 |
| Attorney for Defendant | Attorney for Plaintiff |

BENJAMIN C. DURHAM
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK JONES,<br><br>        Defendant. | CASE NO: 2:15-CR-174<br><br><br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED that the Defendant's conditions of release be modified as follows:

(20) *Travel restricted to Clark County, or as approved by pretrial services. (Remove State of Ohio)*

(22) *The defendant shall maintain residence with mother and brother, Mike Jones.*

DATED AND DONE this 28th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE