NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. |
| Plaintiff, | 2:15-cr-18-KJD-NJK-2 |
| vs. | 2:15-cr-174-KJD-BNW-6 |
|  | 2:18-cr-23-KJD |
| MARK JONES, | UNITED STATES' MOTION TO DISMISS CHARGES AS TO DEFENDANT MARK JONES |
| Defendant. | |

The United States of America, through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 48(a) respectfully seeks leave of the Court to dismiss the charges against defendant Mark Jones in the captioned matters. Specifically, the United States seeks leave to dismiss the charges against defendant Mark Jones in the Indictment filed in Case Number 2:15-cr-18-KJD-NJK on January 21, 2015 at ECF 26; the Superseding Indictment filed in Case Number 2:15-cr-174-KJD-BNW on February 3, 2016 at ECF 38, and; the Criminal Information filed in Case Number 2:18-cr-23-KJD. The United States obtained a copy of defendant Mark

Jones's Certificate of Death.  The certificate indicates that defendant Mark Jones died on November 6, 2018.

Dated: May 21, 2019

                                                NICHOLAS A. TRUTANICH,
United States Attorney

_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that I caused the following individual to be served with a copy of the UNITED STATES' MOTION TO DISMISS CHARGES AS TO DEFENDANT MARK JONES on this date by ECF:

> Benjamin C Durham
> Benjamin Durham Law Firm
> 601 S. 10th St.
> Las Vegas, NV 89101
> 702-631-6111
> Email: bdurham@vegasdefense.com

DATED:  May 21, 2019

_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney